UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MATTHEW G. DLUHY,

                Petitioner,

        vs                            9:03-CV-1153

WILLIAM P. MAZZUCA, Superintendent of
Fishkill Correctional Facility,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

MATTHEW G. DLUHY
Petitioner, Pro Se
00-A-0751
Mid-Orange Correctional Facility
900 Kings Highway
Warwick, New York 10990

HON. ANDREW M. CUOMO              STEVEN H. SCHWARTZ, ESQ.
Attorney General of the                  Asst. Attorney General
  State of New York
Attorney for Respondent
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, Matthew G. Dluhy, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By a report recommendation dated May 15, 2007, the Honorable Gustave J. DiBianco, United States Magistrate Judge, recommended that the petition be denied and dismissed. Petitioner has filed timely objections.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole.  See 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  July 16, 2007
        Utica, New York.